# Order

May 21, 2014

148317-23(72)

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BARBARA MIRA JOHNSON,
      Defendant-Appellant.
_____/

SC: 148317
COA: 308104
Oakland CC: 2011-236622-FH

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY JAMES AGRO,
      Defendant-Appellant.
_____/

SC: 148318
COA: 308105
Oakland CC: 2011-236623-FH

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RYAN MICHAEL FLEISSNER,
      Defendant-Appellant.
_____/

SC: 148319
COA: 308106
Oakland CC: 2011-236624-FH

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BARBARA JEAN AGRO,
      Defendant-Appellant.

SC: 148320
COA: 308109
Oakland CC: 2011-236625-FH

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RYAN DANIEL RICHMOND,
        Defendant-Appellant.

SC: 148321
COA: 308110
Oakland CC: 2011-236626-FH

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MATTHEW CURTIS,
        Defendant-Appellant.

SC: 148322
COA: 308111
Oakland CC: 2011-236627-FH

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

NICHOLAS AGRO,
        Defendant-Appellant.

SC: 148323
COA: 308113
Oakland CC: 2011-236628-FH

On order of the Chief Justice, the motion of defendants-appellants for leave to file a late reply brief is GRANTED. The reply brief submitted on May 16, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2014



Clerk